1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP AND TIMOTHY KELLY
4  Certified Student Attorneys
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   KATHLEEN EDGECOMBE
8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,       ) No. 11-CR-00059-KJN
                                   )
15            Plaintiff,           ) STIPULATION AND [PROPOSED] ORDER
                                   ) TO VACATE TRIAL CONFIRMATION AND
16       v.                        ) JURY TRIAL AND SET A CHANGE OF
                                   ) PLEA HEARING
17 KATHLEEN EDGECOMBE,             )
                                   )
18            Defendant.           )
                                   ) Date:  May 2, 2011
19 _____ ) Time:  9:00 a.m.
                                     Judge: Hon. Kendall J. Newman
20

21

22      It is hereby stipulated and agreed to between the United States of

23 America through Rachana Shah, Special Assistant U.S. Attorney, and

24 defendant, KATHLEEN EDGECOMBE, by and through her counsel, Linda C.

25 Harter, Chief Assistant Federal Defender, that the trial confirmation

26 hearing on April 6, 2011 at 9:00 a.m. and the jury trial on April 25,

27 2011 at 9:00 a.m. be vacated and a change of plea hearing be set on May

28 2, 2011 at 9:00 a.m.

1  The parties stipulate that for the purpose of computing time under
2  the Speedy Trial Act, the Court should exclude time from the date of
3  this order until May 2, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv)
4  [Local Code T4].

5
6  DATED: March 31, 2011                Respectfully submitted,
                                        DANIEL J. BRODERICK
7                                       Federal Defender

8                                       /s/ Linda Harter
                                        LINDA C. HARTER
9                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
10                                      KATHLEEN EDGECOMBE

11

12 DATED: March 31, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
13

14                                      /s/ Rachana Shah
                                        RACHANA SHAH
15                                      Special Assistant U.S. Attorney
                                        Attorney for Plaintiff
16

17                           **O R D E R**

18

19  **IT IS SO ORDERED.**

20

21 DATED: April 1, 2011.

22

23

24                                      _____
                                        KENDALL J. NEWMAN
25                                      UNITED STATES MAGISTRATE JUDGE

26

27

28